37,925-01,02,03,04,05,06, 07,08, 09,10

Rodolfo Garcia 768418
LH.1098 S.HWY    2037
Ft.Stockton,TX.79735

Court of Criminal Appeals of Texas
P.O.BOX 12308,Capitol Station,
Austin,Texas 78711                              August 10,2015

The State of Texas Vs.Rodolfo Garcia.Cause No.2154 and 2156.

RE:   Request for Court Events and dates.

Dear Court of Criminal Appeals Clerk;

     I would like to obtain dates and write numbers approximate and howmany 11.07 I have filed in your court.My District court are refusing to provid me with this information that is why I am requesting to you with all the events that I have filed before in this Court and the numbers of the writes,please.
Thank you and I appreciated for your time.

                                        Sincerely yours,

                                        *Rodolfo A. Garcia*

                                        Garcia,R.#768418
                                        SID#02559852
                                        LH.1098 S.HWY 2037
                                        Ft.Stockton,TX79735

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 14 2015
Abel Acosta, Clerk

CC:File
Request for Court Events and dates;